UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLUMBUS NEVELS MILLER,

    Plaintiff,

vs.                                        Case No. 20-12510

MICHAEL E. CLAPP, et al.,            HON. MARK A. GOLDSMITH

    Defendants.
_____/

## **JUDGMENT**

    For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

    SO ORDERED.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

Dated:                                By: s/Marlena Williams
                                             Deputy Court Clerk

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE